UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Shannon Garvey  
SS#:   -8910

Case No.: 19-26616-EPK  
Chapter 13

Debtor(s).
_____/

### Debtor's Motion to Separately Classify Student Loan Payments

The Debtor, Shannon Garvey, by and through her undersigned attorneys, files this Motion to Separately Classify Student Loan Payments and states:

1. The Debtor filed the instant case on December 13, 2019.

2. The Debtor has a non-dischargeable student loan obligation owed to Navient Solutions, LLC and/or US Department of Education ("Navient") listed on Schedule F in which the regular monthly payments are $100.00 per month.

3. A Proof of Claim has not been filed by Navient as of the date of filing this motion but the undersigned will file a Proof of Claim pursuant to FBRP Rule 3004 if one is not filed by Navient by the Claims Bar Date.

4. The Debtor proposes to pay Navient the amount necessary to service the student loan based upon her Income Driven Repayment Plan ("IDR") over and above the amounts that Debtor is required to pay her other unsecured creditors. The unsecured creditors are not prejudiced by this motion, as the separate classification of Navient will in fact provide all other allowed, general unsecured creditors a larger percentage of unsecured payments than they would have been entitled had this motion not been filed. Allowing the Debtor to pay the student loan promotes her fresh start as interest would accrue on this non-dischargeable loan during the plan

period. This would result in a larger amount owed on the non-dischargeable claim at plan competition than what is owed now prejudicing the debtor's fresh start.

Furthermore, separate classification of the subject debt allows Debtor to make the necessary payments required for completion of the loan repayment period in order to qualify for loan forgiveness. Lastly, the Debtor is a nurse by trade and could lose her professional license under Florida law in the event she does not remain current with her student loan obligations. The Debtor would be unable to fund the plan in this were that to happen.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order Granting Debtor's Motion to Separately Classify Student Loan Payments and requests such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, Navient Solutions, LLC, Attn.: Jack Remondi (Dir./Pres./CEO), 123 Justison Street, Wilmington, DE 19801; Navient Solutions, LLC, Attn.: Jack Remondi (Dir./Pres./CEO), 2001 Edmund Halley Drive, Reston, VA 20191-3436; Corporation Service Company as Registered Agent for Navient Solutions, LLC, 1201 Hays Street, Tallahassee, FL 32301; U.S. Department of Education, c/o FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184; U.S. Department of Education c/o Civil Process Clerk at the Office of the U.S. Attorney: 99 SE 4th Street, Miami, FL 33132; Attorney General's Office c/o Wilfredo Ferrer(US Attorney): 99 SE 4th Street, Miami, FL 33132; U.S. Department of Education c/o Betsy DeVos (Sec. Of U.S. Department of Education): 400 Maryland Avenue, SW, Washington, D.C. 20202; U.S. Department of

Education c/o Steven Menashi (General Counsel): 400 Maryland Avenue, SW, Washington, D.C. 20202; and **all creditors** listed on attached Creditors Matrix via U.S. Mail this 24 day of March, 2020.

HOSKINS & TURCO, P.L.
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
By: Justin A. Lefko, Esquire
Florida Bar No.: 101123
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

```
Label Matrix for local noticing      Synchrony Bank                       AT&T
113C-9                               PRA Receivables Management, LLC      PO Box 5014
Case 19-26616-EPK                    PO Box 41021                         Carol Stream, IL 60197-5014
Southern District of Florida         Norfolk, VA 23541-1021
West Palm Beach
Tue Mar 24 10:32:25 EDT 2020

BConnected                           Bank of America                      Bank of America, N.A
PO Box 5226                          Attn: Bankruptcy NC4-105-02-77       P.O. BOX 31785
Cherry Hill, NJ 08034-5226           Po Box 26012                         Tampa, FL 33631-3785
                                     Greensboro, NC 27420-6012


(p)JPMORGAN CHASE BANK  N A          Citibank/The Home Depot              Comenity Bank/Lane Bryant
BANKRUPTCY MAIL INTAKE TEAM          Attn: Recovery/Centralized Bankruptcy Attn: Bankruptcy
700 KANSAS LANE FLOOR 01             Po Box 790034                        Po Box 182125
MONROE LA 71203-4774                 St Louis, MO 63179-0034              Columbus, OH 43218-2125


Comenity Bank/Torrid                 Comenity Capital/hsnmc               Credit First National Association
Attn: Bankruptcy                     Attn: Bankruptcy                     Attn: Bankruptcy
Po Box 182125                        Po Box 182125                        Po Box 81315
Columbus, OH 43218-2125              Columbus, OH 43218-2125              Cleveland, OH 44181-0315


First National Bank                  (p)PERI GARITE                       First National Bank of Omaha
Attn: Bankruptcy                     ATTN CARD WORKS                      ATTN: Bankruptcy Department
1620 Dodge St Mailstop 4440          101 CROSSWAYS PARK DR W              POB 3696
Omaha, NE 68197-0002                 WOODBURY NY 11797-2020               Omaha, NE 68103-0696


Gold Coast Fed Cr Unio               HSN Flex Pay                         Internal Revenue Service
2226 S Congress Av                   1 HSN Drive                          ATTN: Bankruptcy Department
West Palm Beach, FL 33406-7681       Saint Petersburg, FL 33729-0001      POB 7346
                                                                          Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.            (p)JEFFERSON CAPITAL SYSTEMS LLC     Navient
s/b/m/t Chase Bank USA, N.A.         PO BOX 7999                          Attn: Bankruptcy
c/o Robertson, Anschutz & Schneid, P.L. SAINT CLOUD MN 56302-7999         Po Box 9640
6409 Congress Avenue, Suite 100                                           Wilkes-Barre, PA 18773-9640
Boca Raton, FL 33487-2853


Navient                              Office of the US Trustee             QCard
Attn: Claims Dept                    51 S.W. 1st Ave.                     Attention: Bankruptcy Department
Po Box 9500                          Suite 1204                           P.O. Box 15523
Wilkes-Barr, PA 18773-9500           Miami, FL 33130-1614                 Wilmington, DE 19850-5523


St Lucie County Tax Collector        Syncb/HSN                            Syncb/PPC
PO Box 308                           Attn: Bankruptcy                     Attn: Bankruptcy
Fort Pierce, FL 34954-0308           Po Box 965060                        Po Box 965060
                                     Orlando, FL 32896-5060               Orlando, FL 32896-5060


Synchrony Bank                       Synchrony Bank/ Old Navy             Synchrony Bank/Amazon
Attn: Bankruptcy                     Attn:  Bankruptcy                    Attn:  Bankruptcy
Po Box 965060                        Po Box 965060                        Po Box 965060
Orlando, FL 32896-5060               Orlando, FL 32896-5060               Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/City Furniture<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Kirklands<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Old Navy<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/QVC<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Td Retail Card Services/Samsung<br>Attn: Bankruptcy<br>Po Box 731<br>Mahwah, NJ 07430-0731 | Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |
| Shannon A Garvey<br>652 SE Seachouse Dr<br>Port Saint Lucie, FL 34983-4539 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services/Amazon<br>Po Box 15298<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, NE 68197 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)West Palm Beach | End of Label Matrix<br>Mailable recipients     42<br>Bypassed recipients      2<br>Total                    44 |